UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 18-CR-230 |
| **Plaintiff,** | JUDGE DAN AARON POLSTER |
| vs. | |
| | **OPINION AND ORDER** |
| **CARL JOHNSON,** | |
| **Defendant.** | |

Before the Court is Defendant Carl Johnson's motion requesting an extension of time to file a 28 U.S.C. § 2255 petition, **Doc #: 24**. Johnson asserts he needs an extension because he is unable to access the prison law library or contact counsel due to his prison's COVID-19 preventative measures. Doc #: 24 at 4.

Courts are without jurisdiction to consider the timeliness of an unfiled § 2255 petition. *United States v. Moore*, 56 Fed. Appx. 686, 687 (6th Cir. 2003); *Starnes v. United States*, 18 Fed. Appx 288, 293 n.2 (6th Cir. 2001). Johnson has not yet filed his § 2255 petition and the Court cannot construe his motion for an extension to be a § 2255 petition.[1] Accordingly, this Court lacks jurisdiction to consider his request for an extension, **Doc #: 24,** and the same is **DENIED**.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster June 11, 2020*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**

---

[1] Where a motion for extension contains sufficient details about a proposed petition, the court may construe the motion as a § 2255 petition. *United States v. Asakevich*, 810 F.3d 418, 424 (6th Cir. 2016). Here, Johnson's Motion contains no details about his proposed petition.